LAURA E. DUFFY
United States Attorney
JOSE CASTILLO
Assistant United States Attorney
California Bar Number 247872
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 557-7715 (Telephone)
jose.castillo3@usdoj.gov

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHELLE BELTRAN (1), <br> YVETTE DAGNINO (2), <br> Defendants. | Case No. 11-cr-0229-WQH <br> **JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING** <br> DATE: April 11, 2011 <br> TIME: 2:00 p.m. <br> COURTROOM: 4 (4th Floor) |

It is hereby jointly moved by the parties that the Motion Hearing and Trial Setting currently scheduled for April 11, 2011 at 2:00 p.m. be continued to April 18, 2011 at 2:00 p.m. before the Honorable William Q. Hayes.

DATED: April 7, 2011         Respectfully Submitted,

                             LAURA E. DUFFY
                             United States Attorney

                             /s/ Jose Castillo
                             JOSE CASTILLO
                             Assistant United States Attorney

                             /s/ Brian Funk
                             BRIAN P. FUNK, Esq.
                             Attorney for Michelle Beltran

                             /s/ Hanni Fakhoury
                             HANNI M. FAKHOURY, Esq.
                             Attorney for Yvette Dagnino

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 11-cr-0229-WQH |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| v. | ) |
| MICHELLE BELTRAN (1), | ) |
| YVETTE DAGNINO (2), | ) |
| Defendants. | ) |

IT IS HEREBY CERTIFIED THAT:

I, Jose Castillo, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies:

Brian Funk, Esq.
Attorney for the Defendant (1)

Hanni Fakhoury, Esq.
Attorney for the Defendant (2)

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States
Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2011

/s/ Jose Castillo
JOSE CASTILLO

2                                           11-cr-0229-WQH